**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2383**

———————

FRANK PAUL LUKACS,

                                    Plaintiff - Appellant,

        versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES; HAROLD E. VARMUS, Doctor,
Director, National Institute of Health;
BERNADINE HEALY, Doctor, Dean, College of
Medicine, Ohio State University; RUTH
KIRSCHSTEIN, Doctor, Deputy Director, National
Institute of Health; NAOMI CHURCHILL, Direc-
tor, Office of Equal Employment Opportunity;
DIANE ARMSTRONG, National Institute of Health;
LINDA MORRIS, Acting Director, Office of Equal
Opportunity; GILBERT F. CASELLAS, Director,
United States Equal Employment Opportunity
Commission; RONNIE BLUMENTHAL, Director,
Office of Federal Operations, United States
Equal Employment Opportunity Commission;
LORETTA Y. WATSON, Chief, Intake and Control
Branch Compliance and Control Division Office
of Federal Operations; JAMES KING, Director,
Office of Personnel Management; RICHARD
KLAUSNER, Doctor, Director, National Cancer
Institute; EDWARD SONDIK, Doctor, Director,
NCHS,

                                    Defendants - Appellees.

FRANK PAUL LUKACS,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES; HAROLD E. VARMUS, Doctor, Director, National Institute of Health; RUTH KIRSCHSTEIN, Deputy Director, National Institute of Health; RICHARD KLAUSNER, Doctor, Director, National Cancer Institute; NAOMI CHURCHILL, Director; DIANE ARMSTRONG, Former Director, OEO NIH; LINDA MORRIS, Acting Director; JANET RENO, United States Attorney General; GILBERT F. CASELLAS, Director; JAMES KING, Director, Office of Personnel Management; JANICE LACHANCE, Director, Office of Personnel Management; BERNADINE HEALY, Doctor, Dean; EDWARD SONDIK, Doctor, Director NCHS; PHILIP AMORUSO, Executive Director, National Cancer Institute; MAXINE RICHARDSON, Equal Opportunity Manager, National Cancer Institute; SANDRA THOMAS, Equal Employment Opportunity Manager, National Cancer Institute; MARIANNE WAGNER, Personnel Officer, National Cancer Institute; BEVERLY LOTT WYATT, Chief, Research Contracts Branch; DAVID SNIGHT, Chief, Research Contracts Branch; THOMAS MAYS, Doctor, Director, National Cancer Institute OTD; KATHLEEN SYBERT, Doctor, Deputy Director, National Cancer Institute OTD; DARYL SANDRA CHAMBLEE, Acting Director, Science Policy and Technology Transfer; JOHN FOLEY, Former Director, Division of Procurement,

Defendants - Appellees.

No. 98-2386

FRANK PAUL LUKACS,

                                        Plaintiff - Appellant,

        versus


DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES; HAROLD E. VARMUS, Doctor;
RICHARD KLAUSNER, Doctor; NAOMI CHURCHILL,
Director, Office of Equal Employment Oppor-
tunity, National Institute of Health; DIANE
ARMSTRONG, Former Director, OEO, National
Institute of Health; LINDA MORRIS, Acting
Director, Office of Equal Employment Oppor-
tunity, National Institute of Health; PHILIP
AMORUSO, Associate Director, National Cancer
Institute; THOMAS MAYS, Doctor, Director,
National Cancer Institute, Office of Technol-
ogy Development; KATHLEEN SYBERT, Doctor,
Deputy Director, National Cancer Institute,
Office of Technology Development; RUTH
KIRSCHSTEIN, Deputy Director, National Insti-
tute of Health; GILBERT F. CASELLAS, Director,
United States Equal Employment Opportunity
Commission; JAMES KING, Director, Office of
Personnel Management; JANET RENO, United
States Attorney General,

                                        Defendants - Appellees.


Appeals from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
97-379-PJM, CA-97-3359-PJM, CA-97-3495-PJM)


Submitted: February 23, 1999        Decided: March 19, 1999

Before WIDENER and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank Paul Lukacs, Appellant Pro Se.  George Levi Russell, III, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank P. Lukacs appeals the district court's dismissal of these civil actions as presenting duplicative claims to two other of his cases pending before the same district court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lukacs v. Shalala, Nos. CA-97-379-PJM; CA-97-3359-PJM; CA-97-3495-PJM (D. Md. Sept. 4, 1998). We grant Lukacs' motions to file attachments to his informal brief and deny his motions to consolidate these appeals with a fourth case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

5